**STATE of Missouri, Respondent,**

v.

**Chris K. RITZ, Appellant.**

**No. WD 58371.**

Missouri Court of Appeals,
Western District.

March 6, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2001.

Application for Transfer Denied
June 26, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, for respondent.

for the same reason.

Before ULRICH, P.J., EDWIN H. SMITH and NEWTON, JJ.

## ORDER

PER CURIAM:

Chris Ritz appeals his convictions following jury trial for first degree statutory sodomy, section 566.062, RSMo 2000, and attempted first degree statutory sodomy, sections 566.062 and 564.011, RSMo 2000, and concurrent sentences of fifteen and seven years imprisonment, respectively. Mr. Ritz claims that the trial court erred in overruling his motion for judgment of acquittal on the attempted statutory sodomy count because insufficient evidence was presented to support a conviction for that offense. The judgment of conviction is affirmed. Rule 30.25(b).